## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CRIM. NO. 1:11-cr-00099-RBW |
| ) | |
| DEPUY, INC. ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' MOTION TO DISMISS CRIMINAL INFORMATION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through undersigned counsel, hereby moves to dismiss the criminal Information filed in the above-captioned case against the defendant, DePuy, Inc. ("DePuy"). As grounds therefore, the United States states as follows:

1. On or about April 8, 2011, the United States filed with this Court a criminal Information charging DePuy with conspiracy to commit an offense against the United States, in violation of 18 U.S.C. § 371, that is, to violate the Foreign Corrupt Practices Act of 1977 ("FCPA"), 15 U.S.C. § 78dd-1, *et seq.*, and to knowingly falsify books and records of the company in violation of the FCPA, 15 U.S.C. §§ 78m(b)(2)(A), 78m(b)(5), and 78ff(a) (Count One); and violating the FCPA, 15 U.S.C. § 78dd-2 and 18 U.S.C. § 2 (Count Two). Dkt. No. 1.

2. Pursuant to a Deferred Prosecution Agreement ("DPA") between Johnson & Johnson and its subsidiaries, including DePuy (collectively, "J&J") and the United States filed with this Court on or about April 8, 2011, the United States recommended that the prosecution of DePuy be deferred for a period of up to three years. Dkt. No. 1-1. As part of the DPA, J&J

agreed to pay a $21.4 million penalty, continue to cooperate with the United States, and report periodically on its compliance program and procedures. *Id.* at ¶¶ 5, 6, 11.

3.   On May 23, 2011, the Court held a status conference and approved the DPA and agreed to maintain this matter on the Court's docket until the case was either dismissed or prosecuted, for the purpose of, among other things, allowing the defendant to demonstrate its good conduct. Minute Entry, May 23, 2011.

4.   J&J paid the $21.4 million dollar penalty on or around April 18, 2011. J&J has fully met the other obligations under the DPA, including full cooperation with the United States.

5.   With regard to J&J's obligation to periodically report on its compliance program, J&J provided six such reports at six-month intervals. Based on these reports, the United States has determined that, since the signing of the DPA, J&J's compliance program and procedures have been enhanced, and presently are appropriately designed and implemented to ensure compliance with the FCPA and other applicable anticorruption laws. This conclusion is based upon both the present state of the program, and the steps that are being taken to continue to advance and refine the compliance program and procedures.

6.   Pursuant to the DPA, if J&J fully complied with all of its obligations, the United States would not continue the criminal prosecution against DePuy and would move to dismiss the criminal Information at the termination of the agreement. Dkt. No. 1-1 at ¶ 12.

7.   Given that J&J has fully complied with all of its obligations under the DPA, the United States has determined that dismissal with prejudice of the Information is therefore appropriate pursuant to paragraph 12 of the DPA.

8.   The government has conferred with counsel for J&J, who concurs that dismissal is appropriate at this time.

- 3 -

9. After submitting its final report, J&J notified the government through counsel that it needed to amend certain information, which it did on April 7, 2014. In order to evaluate the updated information, the government had requested and J&J agreed to give the government an extension of 10 days from the date of J&J's final submission to dismiss the DPA. Attached as Exhibit A is the letter from J&J consenting to the extension.

WHEREFORE, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby moves to dismiss, with prejudice, the criminal Information filed in the instant case. A proposed Order is attached.

Respectfully submitted,

JEFFREY KNOX
CHIEF, FRAUD SECTION
Criminal Division
United States Department of Justice

DATED: April 18, 2014         By:   Daniel S. Kahn
       Washington, D.C.              Daniel S. Kahn
                                     Assistant Chief, Fraud Section
                                     Criminal Division
                                     U.S. Department of Justice
                                     1400 New York Avenue, N.W.
                                     Washington, D.C. 20005
                                     Tel:   (202) 616-3434
                                     Fax:   (202) 514-0152
                                     Email: Daniel.Kahn@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO DISMISS CRIMINAL INFORMATION was served by the CM/ECF system, this __18_ day of _April_ upon each of the parties listed below:

Eric Dubelier, Esq.
Reed Smith LLP
1301 K Street, N.W.
Washington, DC 20005-3373
Counsel for Defendant Johnson & Johnson


DATED: April 18, 2014              By:     Daniel S. Kahn
       Washington, D.C.                    Daniel Kahn
                                           Assistant Chief, Fraud Section
                                           Criminal Division
                                           U.S. Department of Justice
                                           1400 New York Avenue, N.W.
                                           Washington, D.C.  20005
                                           Tel:   (202) 616-3434
                                           Fax:   (202) 514-0152
                                           Email: Daniel.Kahn@usdoj.gov