UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 20 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA, )
)
)
v. )
) CRIM. NO. 1:11-cr-00099-RBW
DEPUY, INC., )
)
Defendant. )
)

## ORDER

Presently pending before this Court is the United States' April 18, 2014 Motion to Dismiss in the above-captioned case filed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Having carefully considered this request, it is hereby

**ORDERED** that the United States' Motion is granted and the criminal Information in the above-captioned case is hereby dismissed with prejudice.

**DONE AND ORDERED** in chambers in Washington, D.C., on May 19, 2014.

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE